# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32526**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Randy R. BERTRAND**
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 14 August 2018

————————————

*Military Judge:* Ryan Hendricks.

*Approved sentence:* Bad-conduct discharge, confinement for 45 days, reduction to E-1, and a reprimand. Sentence adjudged 2 April 2018 by SpCM convened at Joint Base Andrews, Maryland.

*For Appellant:* Lieutenant Colonel R. Davis Younts, USAF.

*For Appellee:* None.

Before HARDING, HUYGEN, and POSCH, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court